IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| v. | : | **DATE FILED:** _____ |
| **CALVIN EDWARDS** | : | **VIOLATION:** |
| | | 26 U.S.C. § 5861 (d) (possession of an |
| | : | unregistered silencer - 1 count) |

**I N F O R M A T I O N**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about October 7, 2005, in the Eastern District of Pennsylvania, defendant

**CALVIN EDWARDS**

knowingly and unlawfully possessed, and aided and abetted in the possession of, a firearm, as defined in Title 26, United States Code, Section 5845(a)(6), (7), that is, one FMT, Model M10, 9 millimeter silencer, serial number S012, which was not registered to the defendant in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code.

In violation of Title 26, United States Code, Section 5861(d) and 18 United States Code, Section 2.

_____
**LAURIE MAGID**
**Acting United States Attorney**